**Order filed July 10, 2012**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-11-00895-CV

————————

**CANNON STORAGE SYSTEMS D/B/A VERN CANNON COMPANY AND VERN CANNON, Appellants**

**V.**

**MBCI, A DIVISION OF NCI GROUP, INC., Appellee**

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2008-47714**

## O R D E R

This is an appeal from a judgment signed August 26, 2011. On June 25, 2012, appellant Cannon Storage Systems d/b/a Vern Cannon Company filed a notice of withdrawal of its appeal and an amended notice of appeal. *See* Tex. R. App. P. 42.1. Cannon Storage Systems informed the court that it no longer desires to pursue its appeal and it amended the notice of appeal to remove Cannon Storage Systems d/b/a Vern Cannon Company as an appellant.

Accordingly, the appeal of Cannon Storage Systems d/b/a Vern Cannon Company is **ORDERED** dismissed. The appeal of Vern Cannon remains pending before the court. The clerk of this court is directed to change the style of this case to show that the only appellant is Vern Cannon.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Brown.